**Joseph SHAW, a/k/a Jelani Husani Simba, Plaintiff—Appellant,**

and

**Carl Gene Ballard; Nathan Phillips, Jr., Plaintiffs,**

v.

**James Baxter HUNT, Jr.; Mack Jarvis; Daniel L. Stieneke; Ruby S. Brandon; Jack V. Turlington; Ranny Futrell; R.R. Rivenbark; James Byrum; Tracy Lee Underwood; D. Walker; Sergeant Corbettmoore; S. Murphy; David Someese; Corr Officer Correctional Officer, Phipps; R.R. Rivenbark; S. Col-**

lins; Stewart, Correctional Officer; Joseph Labell; Sergeant Sutton; D. Lewis; Michael T. Bell, Defendants—Appellees

and

Lieutenant Autry; Gerotha R. Spain; J. Baker Williams; Jackie Bannerman; Ray Krynicki; T. Thelma Smith; Agnes J. Aller, Nurse; Cathy S. Dixon; W. Thompson; Joanne Wise; Michael Edwards, Defendants.

No. 07–7567.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2008.

Decided: April 21, 2008.

Joseph Shaw, Appellant Pro Se. William McBlief, Elizabeth F. Parsons, William Dennis Worley, North Carolina Department of Justice, Raleigh, North Carolina; Charles T. Cunningham, Peebles & Schramm, Winston–Salem, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM:

Joseph Shaw appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shaw v. Hunt,* No. 5:98–ct–000691–F (E.D.N.C. Sept. 26, 2007). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*